IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                                                                            CASE NO. 09-16364-ABB

RONALD LEWIS LANE JR                   CHAPTER 7
VANESSA LANE

        Debtor(s)                  /

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Fairwinds Building, 135 W. Central Blvd, Ste 950, Orlando, Florida 32801, and serve a copy on the Movant's attorney, Greenspoon Marder, PA, 100 West Cypress Creek Road, Suite 700, Fort Lauderdale, FL 33309 and any other appropriate persons.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW Movant, BAC Home Loan Servicing LP F/K/A Countrywide Home Loans Servicing, LP, its successors and/or assigns, by and through its undersigned counsel, and moves this Honorable Court to lift the automatic stay, pursuant to 11 U.S.C. §362 and Local Rules 2002-4, and would states as follows:

1.      There is attached hereto and marked as Exhibit "A," a copy of a promissory note and mortgage which were executed and delivered to the payee named therein to evidence a just debt. Said Note is secured by the mortgage, which encumbers the following described property:

    UNIT 1431, BARCLAY PLACE AT HEATHROW, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF

RECORDED FEBRUARY 9, 2004 IN OFFICIAL RECORDS BOOK 5192, PAGES 1 THROUGH 89, AS AMENDED FROM TIME TO TIME, AND ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CONDOMINIUM PLAT BOOK 64, PAGES 21 THROUGH 57, ALL OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

PROPERTY ADDRESS:    1431 FARRINDON CIRCLE, LAKE MARY, FL 32746

2. Movant holds and/or services the note and mortgage.

3. The covenants in Movant's Note and Mortgage have been breached in that the payment due and payable on December 1, 2009, and all subsequent payments have not been paid.

4. A principal balance of $114,750.00 is due and owing to Movant on said Note and Mortgage, together with interest, late charges, fees and costs. Attached hereto as Exhibit "B" is an Affidavit of Amount Due.

5. The estimated value of the property is $131,500.00 according to www.zillow.com.

6. The real property has not been claimed exempt by the Debtor(s) and has not been abandoned by the Trustee.

7. Relief from the stay should be granted for cause as contemplated by Section 362(d) of the Bankruptcy Code on account of, without limitation, the following reasons:

    a. Movant lacks adequate protection of its interest in the property encumbered by its note and mortgage because the obligors under the note and mortgage have ceased paying their obligation, and such default is causing a steady increase in indebtedness owed to Movant under the note and mortgage. Such increase in indebtedness is causing Movant's secured position to diminish possibly to the extent that it will be undersecured by its collateral.

b. The Debtor(s) are presently residing on or are using the property encumbered by Movant's note and mortgage without making mortgage payments.

c. The facts as stated above constitute unreasonable delay by the Debtor(s) that is prejudicial to Movant, and constitutes a lack of adequate protection of Movant's interest in the property encumbered by the mortgage.

8. Movant has retained the undersigned attorneys to represent it in this action, and it is obligated to pay said attorneys a reasonable fee for their services, which are recoverable as part of the debt pursuant to the loan documents.

WHEREFORE, Movant moves for the following:

A. An order granting *in rem* relief from the automatic stay pursuant to 11 U.S.C. 362 to permit Movant to pursue its rights under the loan documents and applicable state law.

B. If the Court does not see fit to grant *in rem* relief from the stay as requested herein, Movant prays for an Order conditioning the continuation of the stay upon the Debtor(s) furnishing adequate protection payments.

C. Award Movant its attorneys' fees and costs of up to $800.00 which were incurred in filing this Motion.

D. Such other and further relief as to the Court may appear just and proper.

I HEREBY CERTIFY that on this 22nd day of February, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the CM/ECF participants listed below:

Howard A Speigel, Attorney for Debtor
1133 Louisiana Avenue, Suite 214
Winter Park, FL 32789

George E Mills, Jr, Trustee
Post Office Box 995
Gotha, FL 34734

U.S. Trustee
United States Trustee-ORL 7
135 W. Central Blvd., Suite 620
Orlando, FL 32801

and a correct copy was served via first class mail upon the non-CM/ECF participants listed below:

Ronald Lewis Lane Jr, Debtor(s)
1398 Stanfield Cove
Heathrow, FL 32746

Vanessa Lane, Joint Debtor(s)
1398 Stanfield Cove
Heathrow, FL 32746

  /s/ Marisol Morales
MARISOL MORALES
FLORIDA BAR #:     147478
GREENSPOON MARDER, P.A.
TRADE CENTRE SOUTH, SUITE 700
100 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL  33309
Telephone:    (954) 343-6273
Facsimile:    (954) 343-6982
Email:          marisol.morales@gmlaw.com

(20187.3500)

176411 v1